No. 05–5909.  ALVAREZ-BATRES *v.* UNITED STATES;
No. 05–6185.  ALVAREZ-BATRES *v.* UNITED STATES; and
No. 05–6275.  DE JESUS-BATRES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–5940.  SHARBUTT *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 05–6005.  GULLY *v.* NEW YORK COMMISSIONER OF LABOR.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 05–6009.  FULTON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–6020.  CAMARENA *v.* SLADE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 05–6068.  JOHNSON *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 05–6082.  CIESLOWSKI *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 05–6283.  BANKS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 05–6311.  MURPHY *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 05–6379.  TITSWORTH *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 05–6571.  KORAS *v.* ROBINSON, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 05–6593.  MILLER *v.* ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 05–6626.  ARRIOLA-PEREZ *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 05–6726.  SILVESTRI *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.